IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAYMOND LEE ACKISS, JR.,

    Plaintiff,

    v.                                      Civil Action No. 3:25cv172

ROCKY HOLCOMB,

    Defendant.

## MEMORANDUM OPINION

On March 14, 2025, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on April 9, 2025, the Court directed Plaintiff to pay an initial partial filing fee of $29.57 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall issue.

Date: 05/16/2025
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge